UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 05-CR-10059-DPW |
| v. ) | |
| ) | VIOLATIONS: |
| CHAD BENJAMIN, ) | 18 U.S.C. § 922(g)(1) - |
| ) | Felon in Possession of |
| Defendant. ) | Ammunition |

INDICTMENT

COUNT ONE:  (Title 18, United States Code, Section 922(g)(1) -
            Felon in Possession of Ammunition)

The Grand Jury charges that:

On or about December 16, 2004, at Taunton, in the District of Massachusetts,

CHAD BENJAMIN,

defendant herein, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess six (6) rounds of .380 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY



_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                    March 16, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
3/16/05  01:50pm

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** ATF

**City** Taunton    **Related Case Information:** 05-CR-10059-DPW

**County** Bristol

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   CHAD BENJAMIN    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   19 Stanley Avenue Apt. #1, Taunton, MA 02780

Birth date (Year only): 1978   SSN (last 4 #): 2530   Sex M   Race: B   Nationality: U.S.A.

**Defense Counsel if known:** _____   **Address:** _____

Bar Number: _____

## U.S. Attorney Information:

AUSA   Antoinette E.M. Leoney    Bar Number if applicable  545567

**Interpreter:**  ☐ Yes  ☒ No    List language and/or dialect:  N/A

**Matter to be SEALED:**  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  Taunton District Court   on  12/17/04

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 16, 2005    **Signature of AUSA:**  _/s/ Antoinette E.M. Leoney_

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CHAD BENJAMIN

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in Possession of Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____