AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CHAD BENJAMIN
DOB: 2/25/78

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-10059-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___CHAD BENJAMIN___
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)
BEING A FELON IN POSSESSION OF AMMUNITION,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Theresa Catino / Name of Issuing Officer
Deputy Clerk / Title of Issuing Officer

Theresa Catino / Signature of Issuing Officer
3/16/05 Boston / Date and Location

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAR 16 P 3:56

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF
ARREST/ARRAIGNMENT OF THE
DEFENDANT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER 3/17/05 | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.