UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 05CR10059DPW |
| ) | |
| CHAD BENJAMIN ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES attorney Peter Charles Horstmann, and hereby moves this Honorable Court to permit him to withdraw as counsel for the Defendant in the instant matter. The undersigned has been advised that Barry Wilson, Esquire, has entered an appearance for the Defendant.

WHEREFORE based on the foregoing this Honorable Court is respectfully urged to permit the undersigned counsel to withdraw.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO#556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, Floor 16
Boston, MA 02116
(617) 859-9999

Attorney for Defendant
Chad Benjamin

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, hereby certify that on this 24th day of March, 2005, a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was served electronically upon Antoinette E.M. Leoney, Assistant United States Attorney, United States Attorney's Office, U.S. Courthouse, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire