UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 24  P 1:22

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>VS. )<br>)<br>CHAD BENJAMIN, )<br>    Defendant. ) | CRIMINAL ACTION NO.<br>05CR100059DPW |

## APPEARANCE OF COUNSEL

NOW COMES the defendant, in the above-captioned criminal matter and respectfully requests that this Honorable Court enter the appearance of the undersigned counsel in this matter.

Respectfully submitted,
FOR THE DEFENDANT,

*[signature]*

Barry P. Wilson, Esq.
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5-A
Boston, MA 02109
(617) 248-8979
(617) 523-8700 (Fax)
BBO# 529680

Dated: 03/23/05