# LAW OFFICES OF
# BARRY P. WILSON

BARRY P. WILSON
EDWARD N. HARRINGTON

MAILING ADDRESS:
240 COMMERCIAL STREET
SUITE 5A
BOSTON, MASSACHUSETTS 02109
617 248-8979
FAX 617 523-8700

March 28, 2005

Antoinette E.M. Leoney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Re:   *United States v. Chad Benjamin*
      *No. 05-10059-DPW*

Dear Ms. Leoney:

Please be advised that I have spoken with Judge Dein's clerk Tom Quin, and have agreed that Mr. Benjamin will be held without prejudice until a detention hearing can be scheduled. I am on trial in Suffolk Superior Court until at least the end of this week, and by then will be better able to predict when the hearing may proceed.

Thank you.

Very truly yours,

Barry P. Wilson

BPW/eh