UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10059-DPW

UNITED STATES OF AMERICA

v.

CHAD BENJAMIN

**FURTHER ORDER ON EXCLUDABLE TIME**

April 29, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 18, 2005 through May 31, 2005,

the period between the expiration of the initial order of excludable time and the next status conference.

Based upon the prior order of the court dated March 21, 2005 and this order, as of May 31, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge