UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10059-DPW

UNITED STATES OF AMERICA

v.

CHAD BENJAMIN

**FINAL STATUS REPORT**

May 31, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, May 31, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It is too early to determine whether a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant intends to file a dispositive motion. All dispositive motions must be filed by July 15, 2005. The government's response shall be filed by August 15, 2005.

5. Based upon the prior orders of the court dated March 21, 2005 and April 29, 2005, as of this date there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through July 15, 2005 to enable the defendant time to prepare his motion. The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, the trial will last approximately 3-5 days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

        / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE