UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10059-DPW

UNITED STATES OF AMERICA

v.

CHAD BENJAMIN

**FURTHER ORDER ON EXCLUDABLE TIME**

May 31, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 31, 2005 through July 15, 2005

the period between the Final Status Conference and the date by which the defendant is to file dispositive motions.

Based upon the prior orders of the court dated March 21, 2005, April 29, 2005 and this order, as of July 15, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge