UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 05-10059-DPW |
| VS. ) | |
| ) | |
| CHAD BENJAMIN ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW

Now comes the counsel, Barry P. Wilson, of defendant, Chad Benjamin, and requests that he be allowed to withdraw as counsel.

In support thereof, it is the understanding of counsel that Mr. Benjamin has retained a new attorney and said attorney will be filing an appearance.

Respectfully submitted,
FOR THE DEFENDANT,

Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979

Dated: 6/27/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO.05-10059-DPW |
| VS. ) | |
| ) | |
| CHAD BENJAMIN, ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within Motion to Withdraw to Antoinette E.M. Leoney A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                                                                         Barry P. Wilson

Date: 6/17/05