UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10059-DPW

**UNITED STATES**

**VS.**

**CHAD BENJAMIN**

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
## RE: FILING OF MOTIONS

Now comes the defendant, Chad Benjamin, in the above captioned matter and moves this Court for an extension of time for the filing of motions from July 15, 2005 to August 15, 2005.

In support of the within motion counsel for the defendant says that he has filed his appearance on this matter as of July 11, 2005. Counsel is presently out of the country on a pre-planned family vacation and will return on July 20th. Counsel will need time to review the file on this matter to prepare any substantive motions deemed necessary.

WHEREFORE the defendant requests that this Court grant him an extension of time for a period of thirty (30) days for the filing of motions.

Chad Benjamin,
By his attorney

/s/    Kevin J. Reddington, Esq.