July 27, 2005


Clerk for Criminal Business
U.S. Courthouse
One Courthouse Way, Room 5110
Boston, MA  02210

RE:   United States vs. Chad Benjamin
      No.  05-10059-DPW

Dear Sir/Madam:

    May I request a copy of the transcript of the detention hearing which occurred on this matter on April 14, 2005 before Judge Judith G. Dein.

    Please advise of the cost incurred and I will forward my check in payment.


                Very truly yours,


                /s/ Kevin J. Reddington