**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CASE NO. 05-10059-DPW**

**UNITED STATES**

**VS.**

**CHAD BENJAMIN**

## DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF MOTIONS

Now comes the above captioned defendant, Chad Benjamin, and hereby moves this Court for an order granting him an extension of thirty (30) days to September 15, 2005 to file substantive motions with this Honorable Court.

In support of the within motion counsel for the defendant avers that he has just received the defendant's file from prior counsel and due to the voluminous nature of the same would require additional time to prepare substantive motions. Counsel had filed his appearance on this case as of mid July and has received the assent of Assistant U.S. Attorney Antoinette Leoney to this request.

Chad Benjamin
By his attorney

/s/ Kevin J. Reddington