```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
       v.                    )   CRIMINAL NO.  05-10059-DPW
                             )
CHAD BENJAMIN,               )
                             )
       Defendant.            )
```

### JOINT PRETRIAL INITIAL STATUS REPORT UNDER LOCAL RULE 117.1

Pursuant to Local Rule 117.1, the parties hereby submit this Joint Pretrial Status Report to advise the Court of the following:

1. The defendant recently retained new defense counsel. The undersigned defense counsel, has requested additional discovery from the government through formal discovery request letters. Because of vacation schedules and demanding workload, the undersigned assistant U.S. attorney has sought additional time from undersigned defense counsel to respond to his discovery requests. Undersigned defense counsel has also sought additional time until September 15, 2005, to file a motion to suppress evidence, and the government will need time to file any opposition. As a result, the parties have not yet been able to assess whether a trial will be necessary in this case.

2. Defendant intends to seek a hearing on any motion to suppress evidence, and requests a hearing date in early October, 2005.

3. The undersigned assistant U.S. attorney has two other cases beginning back-to back trials on October 31 and November 14. As such, the parties request a trial date in mid-December.

4. The defendant does not need an interpreter.

5. The defendant was ordered detained pending trial by Magistrate Judge Judith G. Dein, and is presently in

USMS custody at Plymouth County House of Correction.

Respectfully submitted,

| MICHAEL J. SULLIVAN | CHAD BENJAMIN, |
| United States Attorney | Defendant |

By: /s/Antoinette E.M. Leoney    /s/Kevin J. Reddington/AEL
    ANTOINETTE E.M. LEONEY       KEVIN J. REDDINGTON, Esq.
    Assistant U.S. Attorney      Williamsburg Square, Suite 203
    1 Courthouse Way, Suite 9200 1342 Belmont Street
    Boston, MA 02210             Brockton, MA 02301
    (617) 748-3103               (508) 583-4280


Dated:   August 22, 2005