UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  05-10059-DPW

UNITED STATES

VS.

CHAD BENJAMIN

## DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF MOTIONS

Now comes the above captioned defendant, Chad Benjamin, and hereby moves this Court for an order granting him an extension of fourteen (14) days from September 15, 2005 to file substantive motions with this Honorable Court.

In support of the within motion counsel for the defendant avers that he has been on trial in Lawrence Superior Court, Dedham Superior Court and is presently on trial in Brockton Superior Court regarding the trial of <u>Commonwealth vs. Angela Beckman Cordeiro, et.a.</u> before Hon. Carol Ball.  Counsel has contacted Assistant U.S. Attorney Antoinette Leoney and received her assent to this request.

Chad Benjamin
By his attorney

/s/ Kevin J. Reddington