UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  05-10059-DPW

**UNITED STATES**

**VS.**

**CHAD BENJAMIN**

### AFFIDAVIT IN SUPPORT OF
### MOTION TO SUPPRESS PHYSICAL AND EVIDENCE

I, Chad Benjamin, being first duly sworn, depose and say that;

1.) I am the defendant named in the above indictment.

2.) On December 16, 2004, I was in a public place being a package store in the City of Taunton.

3.) Police officers in SWAT-type gear with badges and weapons displayed approached me and demanded identification.

4.) I explained that I did not have my papers as they were in my car.

5.) The police officer grabbed me and patted me and threw me to the ground.

6.) The police allege that I was carrying a gun with ammunition among other items of contraband located on the floor.

7.) I did not resist the officers nor did I engage in any furtive activity.

8.) I did not consent to the warrantless search of my person.

Signed under the pains and penalties of perjury this     day of

/s/ Chad Benjamin