January 18, 2006


Pamela R. Owens
Court Reporter
United States District Court
1 Courthouse Way, Suite 3200
Boston, MA  02210

RE:    United States vs. Chad Benjamin
       No.  05-10059

Dear Ms. Owens:

    Please allow this correspondence to serve as my request for a copy of the transcript of the Motion to Suppress hearing regarding the above captioned matter.  It is my understanding that copies are to be made for Judge Woodlock and AUSA Antoinette E.M. Leoney as well.

    Please advise me immediately should you require additional information or assistance.

    Thank you for your attention.


                              Very truly yours,


                              Kevin J. Reddington


KJR/lam