UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10059-DPW

UNITED STATES

VS.

CHAD BENJAMIN

### PARTIES' JOINT MOTION FOR EXTENSION OF TIME FOR FILING SUPPLEMENTAL PLEADINGS RELATIVE TO DEFENDANT'S MOTION TO SUPPRESS AND TO RESCHEDULE THE FURTHER HEARING PRESENTLY SCHEDULED FOR APRIL 27, 2006

Now come the parties in the above captioned matter and hereby move this Honorable Court for an order granting them an extension of thirty (30) days to May 14, 2006 to file supplemental pleadings as it relates to the defendant's Motion to Suppress hearing and to reschedule the hearing set for April 27, 2006 for closing arguments on this matter.

In support of the within motion the parties aver that;

1. Supplemental filings are presently due to be filed on April 14, 2006. A further hearing on this matter is presently scheduled for April 27, 2006.

2. As of this filing the parties have yet to receive a complete transcript of the proceedings which is the basis of the April 27th hearing. As of April 11th the parties have been advised that the second day's transcript is complete however the first full day of arguments, which was conducted on December 8, 2006 have yet to be completed.

3. Due to the voluminous nature of the transcripts when completed the parties are

requesting that the filing deadline be extended and the hearing date also be rescheduled to allow sufficient time for;

A.  The transcripts to be completed and reviewed by counsel for the parties.

B.  A review of said transcripts and filing of substantive pleadings after reviewing the same.

WHEREFORE the parties respectfully request that this Court grant them until at least May 14, 2006 to file any supplemental pleadings to the defendant's motion to suppress evidence and to reschedule the hearing presently scheduled for April 27, 2006 until such time thereafter that is convenient to the Court's calendar.

Chad Benjamin
By his attorney

/s/ Kevin J. Reddington

Michael J. Sullivan
United States Attorney

/s/ Antoinette E.M. Leoney