UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**Criminal Number**
**No. 05-10059-DPW**

UNITED STATES OF AMERICA

VS.

CHAD BENJAMIN

<u>**DEFENDANT'S STATUS REPORT**</u>

Now comes the defendant, Chad Benjamin, in the above numbered indictment and submits the following as his status report;

The defendant has received notification of a ruling on the motion to suppress. The defendant is not aware if the government intends to appeal this Court's ruling. Discovery is complete. The Court has presently scheduled the case for status conference on February 1, 2007.

/s/ Kevin J. Reddington