UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10059-DPW |
| | ) | |
| CHAD BENJAMIN | ) | |

### DISMISSAL OF THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the One-Count Indictment against Chad Benjamin ("Benjamin") which charges him with being a felon in possession of ammunition, in violation of 18 U.S.C. §922(g)(1). On May 10, 2007, this Court granted Benjamin's motion to suppress the ammunition [*See* Docket #47], and the government has decided not to seek an appeal. As grounds for the instant dismissal, the undersigned state that further prosecution of the within indictment would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Laura Kaplan
LAURA J. KAPLAN, Chief
Violent & Organized Crime Section

/s/ Antoinette Leoney - 6/11/07
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Leave to File Granted:

_____
Douglas P. Woodlock, Judge
United States District Court